**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

April 23, 2024

**3RD AVE SW LLC ET AL V. JIMENEZ ET AL**
Case # 2:24–cv–00552–TLF

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Attorney Admission**
> Counsel Ryan M. Yoke is/are not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a <u>Petition for Admission</u>. After you have been admitted to practice before this Court, please promptly file a Notice of Appearance in this case pursuant to <u>LCR 83.2</u>. Questions about this process should be directed to the Attorney Admission Clerk at 206–370–8433 or <u>WAWD_Admissions@wawd.uscourts.gov</u>.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file