1

2                                                                    The Honorable Theresa L. Fricke

3

4

5

6                               UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
7                                          AT SEATTLE

8    3RD AVE SW LLC and JHA FAMILY LLC,              )
                                                     )
9                                    Plaintiffs,     )    No.  2:24-cv-00552-TLF
                                                     )
10         vs.                                        )    DEFENDANT KING COUNTY'S
                                                     )    ANSWER TO PLAINTIFFS'
11                                                    )    COMPLAINT
     RYAN JIMENEZ, ODIN PROPERTY TAX                 )
12   ADVOCATES LLC, a Colorado limited liability     )    JURY DEMAND
     company, and KING COUNTY, a political           )
13   subdivision,                                    )
                                     Defendants.     )
14   _____        )

15         Defendant King County, in answer to Plaintiffs' Complaint, admits, denies, and states as

16   follows:

17                              I.       INTRODUCTION

18         In answer to Section I. Introduction, defendant King County makes no response as it

19   appears no response is required. However, to the extent factual allegations are intended or legal

20   conclusions contrary to applicable law are alleged, they are hereby denied as they pertain to

21   defendant King County.

22   //

23   //

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS'
COMPLAINT (2:24-cv-00552-TLF)- 1

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

1

II.     PARTIES

2      1.      In answer to paragraph 1, defendant King County is without sufficient

3  information to determine the truth or falsity of the allegations contained therein and, therefore,

4  deny the same.

5      2.      In answer to paragraph 2, defendant King County is without sufficient

6  information to determine the truth or falsity of the allegations contained therein and, therefore,

7  deny the same.

8      3.      In answer to paragraph 3, defendant King County admits only that King County is

9  a home rule charter county and a political subdivision of the State of Washington. Defendant

10  King County further admits that the King County Assessor is a department within King County.

11      4      In answer to paragraph 4, defendant King County makes no response as the

12  allegations contained therein do not pertain to this defendant.

13      5.      In answer to paragraph 5, defendant King County makes no response as the

14  allegations contained therein do not pertain to this defendant.

15      6.      In answer to paragraph 6, defendant King County admits only that defendant

16  Ryan Jimenez is currently employed by King County as a Commercial Appraiser II in the King

17  County Assessor's Office. King County makes no response to the remaining allegations

18  contained in paragraph 6 as they do not pertain to this defendant.

19      7.      In answer to paragraph 7, defendant King County makes no response as the

20  allegations contained therein do not pertain to this defendant.

21      8.      In answer to paragraph 8, defendant King County makes no response as the

22  allegations contained therein do not pertain to this defendant.

23

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS'
COMPLAINT (2:24-cv-00552-TLF)- 2

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

9.      In answer to paragraph 9, defendant King County makes no response as it appears no response is required. However, to the extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied as they pertain to defendant King County.

10.     In answer to paragraph 10, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

11.     In answer to paragraph 11, defendant King County admits that Jimenez signed numerous appraisals valuing Plaintiffs' properties for tax purposes in at least 2019, 2020, 2021, and 2022 and deny the remainder of the allegations in paragraph 11.

12      In answer to paragraph 12, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

13.     In answer to paragraph 13, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

14.     In answer to paragraph 14, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

15.     In answer to paragraph 15, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

16.     In answer to paragraph 16, defendant King County denies the allegations therein to the extent that they pertain to defendant King County. King County makes no response to the remaining allegations in paragraph 16 as they do not pertain to defendant King County.

17.     In answer to paragraph 17, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS'
COMPLAINT (2:24-cv-00552-TLF)- 3

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

18.     In answer to paragraph 18, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

19.     In answer to paragraph 19, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

20.     In answer to paragraph 20, defendant King County makes no response as the court records speak for themselves and no response is required.

21.     In answer to paragraph 21, defendant King County makes no response as the court record speaks for itself and no response is required.

22.     In answer to paragraph 22, defendant King County denies the allegations contained therein.

### III.     JURISDICTION AND VENUE

23.     In answer to paragraph 23, defendant King County leaves the issue of jurisdiction to the court.

24.     In answer to paragraph 24, defendant King County leaves the issue of venue to the court.

### IV.     FACTS

A.     Plaintiffs' SeaTac Properties and Property Tax Appeals

25.     In answer to paragraph 25, defendant King County admits only that Parcel 032204-9058 was purchased in 2017 for $175,000. JHA Family, LLC is listed as the Grantee on the Real Estate Excise Tax Affidavit. As to the remaining allegations contained in paragraph 25, defendant King County is without sufficient information to determine the truth or falsity of the remaining allegations and, therefore, deny the same.

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS' COMPLAINT (2:24-cv-00552-TLF)- 4

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

26.     In answer to paragraph 26, defendant King County admits only that Parcel 032204-9058 was purchased in 2017 for $175,000, and that Parcel 032204-9058 is approximately 7.77 acres. Defendant King County denies the remaining the allegations contained in paragraph 26.

27.     In answer to paragraph 27, defendant King County admits only that Parcel 032204-9011 is adjacent to Parcel 032204-9058, and that Parcel 032204-9011 is approximately 9.29 acres.  King County is without sufficient information to determine the truth or falsity of the remaining allegations in paragraph 27 and, therefore, denies the same.

28.     In answer to paragraph 28, defendant King County admits that at the time of Plaintiffs' purchase in 2017, Parcel 9058 was zoned by the City of SeaTac as UL-15,000, the Tombs Parcel was also zoned by the City of SeaTac as UL-15,000 and the Tombs Parcel had an Urban Low land use designation. King County denies the remainder of the allegations in paragraph 28.

29.     In answer to paragraph 29, defendant King County admits that in 2017, both Parcel 9058 and the Tombs Parcel were rezoned from UL-15,000 to UH-900 and the land use designation changed to Multi-family Urban High Density. King County is without sufficient information to determine the truth or falsity of the remaining allegations in paragraph 29 and, therefore, denies the same.

4. [sic] In answer to paragraph 4, defendant King County admits that for assessment year 2017 Parcel 9058 was valued at $254,000 and the Tombs Parcel 9011 was assessed at $12,000.

5.     In answer to paragraph 5, defendant King County is currently without information sufficient to form a belief as to the truth or falsity of paragraph 5 and therefore denies the same.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

6.     In answer to paragraph 6, defendant King County denies the allegations contained therein.

7.     In answer to paragraph 7, defendant King County is without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, denies the same as it pertains to defendant King County.

8.     In answer to paragraph 8, defendant King County admits that defendant Jimenez sent an email to plaintiffs in August 2021 that speaks for itself; otherwise denied.

9.     In answer to paragraph 9, defendant King County admits that the assessed value of the subject parcel has risen from tax years 2015-2022 while Tombs Parcel 032204-9011 has remained assessed at $12,000 during that same time and is currently without information sufficient to form a belief as to the truth or falsity as to the remainder of paragraph 9.

10.     In answer to paragraph 10, defendant King County admits that the assessed value of Plaintiff's Parcel 9058 has risen in value and is currently without information sufficient to form a belief as to the truth or falsity as to the remainder of paragraph 10.

11.     In answer to paragraph 11, defendant King County admits that the assessed value of Parcel 9058 was $1,015,300 for assessment year 2019 and $2,707,500 for the 2020 assessment year and the appraiser of record is Ryan Jimenez. King County is currently without information sufficient to form a belief as to the truth or falsity of the remainder of paragraph 11 and therefore denies the same.

12.     In answer to paragraph 12, defendant King County admits the assessed value of Plaintiff's Parcel 9058 in assessment year 2018, tax year 2019, was $266,000, the assessed value of the subject in assessment year 2020, tax year 2021, was $2,707,500 and Ryan Jimenez was the appraiser for assessment year 2020. King County denies that Ryan Jimenez was the appraiser for

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

assessment year 2018. King County is currently without information sufficient to form a belief as to the truth or falsity of the remainder of paragraph 12 and therefore denies the same.

13.     In answer to paragraph 13, defendant King County admits that in 2021 property taxes billed were $33,243.80. King County is currently without information sufficient to form a belief as to the truth or falsity of the remainder of paragraph 13 and therefore denies the same.

14.     In answer to paragraph 14, defendant King County admits the allegations contained therein.

15.     In answer to paragraph 15, defendant King County is currently without information sufficient to form a belief as to the truth or falsity of paragraph 15 and therefore denies the same.

16.     In answer to paragraph 16, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

17.     In answer to paragraph 17, defendant King County admits that the Plaintiffs appealed the assessed value of Parcel 9058 to the County Board of Equalization for tax years 2019-2023 and the Washington State Board of Tax Appeals (BTA) for the tax years 2021, 2022 and 2023. King County denies that the Plaintiffs appealed tax years 2019 and 2020 to the BTA. King County is currently without information sufficient to form a belief as to the truth or falsity of the remainder of paragraph 17 and therefore denies the same.

18.     In answer to paragraph 18, defendant King County admits only that all appeals to the Local Board for tax years 2019-2023 were assigned to Ryan Jimenez to prepare and Marie Ramirez to review. Defendant King County admits in part that all appeals to WSBTA were originally assigned to Ryan Jimenez to prepare while working with Assistant Chief Appraiser, Lou Willett. Any remaining or different allegations contained in paragraph 18 are denied.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

19.     In answer to paragraph 19, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

20.     In answer to paragraph 20, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

21.     In answer to paragraph 21, defendant King County makes no response as the allegations contained therein do not pertain to this defendant. Furthermore, King County makes no response to the footnote as it appears to contain legal conclusions for which no response is required. However, to the extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied.

22.     In answer to paragraph 22, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

23.     In answer to paragraph 23, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

24.     In answer to paragraph 24, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

25.     In answer to paragraph 25, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

26.     In answer to paragraph 26, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

27.     In answer to paragraph 27, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

28.     In answer to paragraph 28, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

29.     In answer to paragraph 29, defendant King County admits to Ramirez having an approximately two-hour long phone call with Siddharth Jha in which the Plaintiff voiced concerns about Jimenez's assessments. King County denies the remainder of paragraph 29.

30.     In answer to paragraph 30, defendant King County denies the allegations contained therein.

31.     In answer to paragraph 31, defendant King County only admits that Jimenez continued to be the Assessor's representative assigned to the Plaintiff's tax appeals. King County is currently without information sufficient to form a belief as to what the Plaintiffs may or may not believe and therefore denies the same. King County and denies the remainder of paragraph 31.

32.     In answer to paragraph 32, defendant King County only admits that Jimenez raised the assessed value of the Plaintiff's Parcel 9058 in assessment year 2019 for taxes payable in 2020. King County is currently without information sufficient to form a belief as to the truth or falsity of the portion of paragraph 32 that states, even though Plaintiff's Property (Parcel 9058) did not have sewer access before the 2017 Rezone—and still does not have sewer access after the 2017 Rezone— and therefore denies the same. King County denies the remainder of paragraph 32.

33.     In answer to paragraph 33, defendant King County denies that parcel 9058 is unbuildable and landlocked with unbuildable properties. King County admits that there is no sewer on parcel 9058. King County is currently without information sufficient to form a belief as to the truth or falsity of the remainder of paragraph 33 and therefore denies the same.

34.     In answer to paragraph 34, defendant King County denies that Jimenez made material misrepresentations to the County Board (and later the WSBTA). King County is

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS'
COMPLAINT (2:24-cv-00552-TLF)- 9

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

currently without information sufficient to form a belief as to the truth or falsity of the remainder of paragraph 34 and therefore denies the same.

35.     In answer to paragraph 35, defendant King County admits that in August 2021, Parcel 9058's property characteristics listed by the Assessor showed that Parcel 9058 had access to public sewer as shown by the "public" designation under sewer/septic. King County denies that this listing was erroneous.

36.     In answer to paragraph 36, defendant King County denies.

37.     In answer to paragraph 37, defendant King County admits.

38.     In answer to paragraph 38, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

39.     In answer to paragraph 39, defendant King County only admits that on March 22, 2022, Jimenez changed the Assessor's property characteristic for Parcel 9058. King County denies the remainder of paragraph 39.

40.     In answer to paragraph 40, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

41.     In answer to paragraph 41, defendant King County only admits that according to the King County Assessor, "Property owners may qualify for a refund due to a correction of a manifest error in description of the property relied on or used to estimate value for property assessment purposes." King County denies the remainder of paragraph 41.

42.     In answer to paragraph 42, defendant King County makes no response to the footnote as it appears to contain legal conclusions for which no response is required. However, to the extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

43.     In answer to paragraph 43, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

44.     In answer to paragraph 44, defendant King County only admits that the Assessor's response to Petition for Appeal to the Local Board of Equalization in BE 2200106 was submitted to the BOE and Petitioner in November 2022. King County denies the remainder of paragraph 44.

45.     In answer to paragraph 45, defendant King County is currently without information sufficient to form a belief as to the truth or falsity of paragraph 45 and therefore denies the same.

46.     In answer to paragraph 46, defendant King County only admits that Mr. Jimenez recommended no change to the January 2022 assessed value of $ 2,707,500 for the subject property in the Assessor's appeal response submitted to the Petitioner and Local Board in November 2022. King County denies the remainder of paragraph 46.

47.     In answer to paragraph 47, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

48.     In answer to paragraph 48, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

49.     In answer to paragraph 49, defendant King County is currently without information sufficient to form a belief as to the truth or falsity of paragraph 49 and therefore denies the same.

50.     In answer to paragraph 50, defendant King County is currently without information sufficient to form a belief as to the truth or falsity of paragraph 50 and therefore denies the same.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

51.     In answer to paragraph 51, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

52.     In answer to paragraph 52, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

53.     In answer to paragraph 53, defendant King County denies the same.

54.     In answer to paragraph 54, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

55.     In answer to paragraph 55, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

56.     In answer to paragraph 56, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

57.     In answer to paragraph 57, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

58.     In answer to paragraph 57, defendant King County is currently without information sufficient to form a belief as to the truth or falsity of paragraph 58 and therefore denies the same.

59.     In answer to paragraph 59, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

60.     In answer to paragraph 60, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

61.     In answer to paragraph 61, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

62.     In answer to paragraph 62, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

63.     In answer to paragraph 63, defendant King County is currently without information sufficient to form a belief as to the truth or falsity of paragraph 63 and therefore denies the same.

64.     In answer to paragraph 64, defendant King County is currently without information sufficient to form a belief as to the truth or falsity of paragraph 64 and therefore denies the same.

65.     In answer to paragraph 65, defendant King County only admits that for the 2020 tax year, Parcel 9110 was initially assessed by the King County Assessor at $94,000. King County denies the remainder of paragraph 65.

66.     In answer to paragraph 66, defendant King County denies.

67.     In answer to paragraph 67, defendant King County only admits that for the 2021 tax year, Parcel 9110 had an assessed value of $98,000, Plaintiffs also appealed the $98,000 assessed value to the County Board, Plaintiffs' and the King County Assessor resolved the 2021 tax appeal for Parcel 9110 favorably by stipulating to a revised assessed value of $25,000 from $98,000. King County denies the remainder of paragraph 67.

68.     In answer to paragraph 68, defendant King County is currently without information sufficient to form a belief as to the truth or falsity of paragraph 68 and therefore denies the same.

69.     In answer to paragraph 69, defendant King County is without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, denies the same as to any allegations pertaining to defendant King County.

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS'
COMPLAINT (2:24-cv-00552-TLF)- 13

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

70.     In answer to paragraph 70, defendant King County admits only the Plaintiff's Parcel 9058 is bounded on the north by Tomb's Parcel 9011 and Parcel 9027, on the east by Tomb's Parcel 9110 on the south by Parcel 9025 and on the west by Parcel 9015.

71.     In answer to paragraph 71, defendant King County denies.

72.     In answer to paragraph 72, defendant King County denies.

73.     In answer to paragraph 73, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

74.     In answer to paragraph 74, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

75.     In answer to paragraph 75, defendant King County is currently without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, denies the same as to any allegations pertaining to defendant King County.

76.     In answer to paragraph 76, defendant King County is currently without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, denies the same.

77.     In answer to paragraph 77, defendant King County is currently without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, denies the same.

78.     In answer to paragraph 78, defendant King County is currently without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, denies the same.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

79.     In answer to paragraph 79, defendant King County is currently without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, denies the same.

80.     In answer to paragraph 80, defendant King County is currently without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, denies the same.

81.     In answer to paragraph 81, defendant King County is currently without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, denies the same.

82.     In answer to paragraph 82, defendant King County is currently without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, denies the same as to any allegations pertaining to defendant King County.

83.     In answer to paragraph 83, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

84.     In answer to paragraph 84, defendant King County admits only that the 2014 Assessment year (2015 tax year) assessed value was a combined total of $697,700 for Parcel Nos. 9089 and 9036. Defendant King County denies the remaining allegations contained in paragraph 84.

85.     In answer to paragraph 85, defendant King County admits only that the 2021 assessed value of the combined parcels (9089 and 9036) was $1,361,100. Defendant King County denies the remaining allegations contained in paragraph 85.

86.     In answer to paragraph 86, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

87.     In answer to paragraph 87, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

88.     In answer to paragraph 88, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

89.     In answer to paragraph 89, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

90.     In answer to paragraph 90, defendant King County admits only that all appeals to the Local Board for tax years 2019-2023 were assigned to Ryan Jimenez to prepare and Marie Ramirez to review.  Defendant King County admits in part that all appeals to WSBTA were originally assigned to Ryan Jimenez to prepare while working with Assistant Chief Appraiser, Lou Willett. Defendant King County denies any remaining allegations contained in paragraph 90.

91.     In answer to paragraph 91, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

92.     In answer to paragraph 92, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

93.     In answer to paragraph 93, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

94.     In answer to paragraph 94, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

95.     In answer to paragraph 95, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

1    96.    In answer to paragraph 96, defendant King County is without sufficient

2  information to determine the truth or falsity of the allegations contained therein and, therefore,

3  denies the same as to any allegations pertaining to defendant King County.

4    97.    In answer to paragraph 97, defendant King County makes no response as the

5  allegations contained therein do not pertain to this defendant.

6    98.    In answer to paragraph 98, defendant King County denies.

7    99.    In answer to paragraph 99, defendant King County is without sufficient

8  information to determine the truth or falsity of the allegations contained in paragraph 99 and,

9  therefore, denies the same as to any allegations pertaining to defendant King County.

10   100.    In answer to paragraph 100, defendant King County is without sufficient

11  information to determine the truth or falsity of the allegations contained therein and, therefore,

12  denies the same as to any allegations pertaining to defendant King County.

13   101.    In answer to paragraph 101, defendant King County is without sufficient

14  information to determine the truth or falsity of the allegations contained therein and, therefore,

15  denies the same as to any allegations pertaining to defendant King County.

16   102.    In answer to paragraph 102, defendant King County is without sufficient

17  information to determine the truth or falsity of the allegations contained therein and, therefore,

18  denies the same.

19   103.    In answer to paragraph 103, defendant King County is without sufficient

20  information to determine the truth or falsity of the allegations contained therein and, therefore,

21  denies the same as to any allegations pertaining to defendant King County.

22   104.    In answer to paragraph 104, defendant King County makes no response as the

23  allegations contained therein do not pertain to this defendant.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

105.    In answer to paragraph 105, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

106.    In answer to paragraph 106, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

107.    In answer to paragraph 107, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

108.    In answer to paragraph 108, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

109.    In answer to paragraph 109, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

110.    In answer to paragraph 110, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

111.    In answer to paragraph 111, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

112.    In answer to paragraph 112, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

113.    In answer to paragraph 113, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

114.    In answer to paragraph 114, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

115.    In answer to paragraph 115, defendant King County is without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, denies the same.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

1        116.     In answer to paragraph 116, defendant King County is without sufficient

2  information to determine the truth or falsity of the allegations contained therein and, therefore,

3  denies the same as to any allegations pertaining to defendant King County.

4        117.     In answer to paragraph 117, defendant King County denies the allegations

5  contained therein.

6        118.     In answer to paragraph 118, defendant King County admits this is an accurate

7  excerpt of King County Code 3.04.030 C.1 e.

8        119.     In answer to paragraph 119, defendant King County makes no response as the

9  allegations contained therein do not pertain to this defendant.

10       120.     In answer to paragraph 120, defendant King County is without sufficient

11  information to determine the truth or falsity of the allegations contained therein and, therefore,

12  denies the same as to any allegations pertaining to defendant King County.

13       121.     In answer to paragraph 121, defendant King County makes no response as the

14  allegations contained therein do not pertain to this defendant.

15       122.     In answer to paragraph 122, defendant King County makes no response as the

16  allegations contained therein do not pertain to this defendant.

17       123.     In answer to paragraph 123, defendant King County makes no response as the

18  allegations contained therein do not pertain to this defendant.

19       124.     In answer to paragraph 124, defendant King County makes no response as the

20  allegations contained therein do not pertain to this defendant.

21       125.     In answer to paragraph 125, defendant King County denies the allegations

22  contained therein to the extent they pertain to defendant King County.

23

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

## V.   FIRST CAUSE OF ACTION
### DECLARATORY JUDGMENT

126.   In answer to paragraph 126, defendant King County realleges its previous responses to plaintiffs' complaint as if fully set forth herein.

127.   In answer to paragraph 127, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

128.   In answer to paragraph 128, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

129.   In answer to paragraph 129, defendant King County makes no response as it appears to contain only legal conclusions for which no response is required. However, to the extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied. Defendant King County expressly denies the allegations therein to the extent that they allege any negligence by King County and its employees.

130.   In answer to paragraph 130, defendant King County makes no response as it appears to contain only legal conclusions for which no response is required. However, to the extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied. Defendant King County expressly denies the allegations therein to the extent that they allege any negligence by King County and its employees.

## VI.   SECOND CAUSE OF ACTION
### MANIFEST ERROR REFUND UNDER RCW 84.69

131.   In answer to paragraph 131, defendant King County realleges its previous responses to plaintiffs' complaint as if fully set forth herein.

132.   In answer to paragraph 132, defendant King County makes no response as it appears to contain only legal conclusions for which no response is required. However, to the

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied. Defendant King County expressly denies the allegations therein to the extent that they allege any negligence by King County and its employees.

133.    In answer to paragraph 133, defendant King County makes no response as it appears to contain only legal conclusions for which no response is required. However, to the extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied. Defendant King County expressly denies the allegations therein to the extent that they allege any negligence by King County and its employees.

134.    In answer to paragraph 134, defendant King County makes no response as it appears to contain only legal conclusions for which no response is required. However, to the extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied. Defendant King County expressly denies the allegations therein to the extent that they allege any negligence by King County and its employees.

135.    In answer to paragraph 135, defendant King County makes no response as it appears to contain only legal conclusions for which no response is required. However, to the extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied. Defendant King County expressly denies the allegations therein to the extent that they allege any negligence by King County and its employees.

### VII.    THIRD CAUSE OF ACTION
### VIOLATION OF 42 USC § 1983, FOURTEENTH AMENDMENT (DUE PROCESS CLAUSE)

136.    In answer to paragraph 136, defendant King County realleges its previous responses to plaintiffs' complaint as if fully set forth herein.

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS'
COMPLAINT (2:24-cv-00552-TLF)- 21

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

137.     In answer to paragraph 137, defendant King County makes no response as it appears to contain only legal conclusions for which no response is required. However, to the extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied. Defendant King County expressly denies the allegations therein to the extent that they allege any negligence by King County and its employees.

138.     In answer to paragraph 138, defendant King County admits only that the Fourteenth Amendment speaks for itself. Defendant King County expressly denies the allegations therein to the extent that they allege any negligence by King County and its employees.

139.     In answer to paragraph 139, defendant King County makes no response as it appears to contain only legal conclusions for which no response is required. However, to the extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied. Defendant King County expressly denies the allegations therein to the extent that they allege any negligence by King County and its employees.

140.     In answer to paragraph 140, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

141.     In answer to paragraph 141, defendant King County is without sufficient information to determine the truth or falsity of the allegations contained therein and, therefore, deny the same as they pertain to defendant King County.

142.     In answer to paragraph 142, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

143.     In answer to paragraph 143, defendant King County makes no response as it appears no response is required. However, to the extent factual allegations are intended or legal

conclusions contrary to applicable law are alleged, they are hereby denied as they pertain to defendant King County.

144.    In answer to paragraph 144, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

145.    In answer to paragraph 145, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

146.    In answer to paragraph 146, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

147.    In answer to paragraph 147, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

148.    In answer to paragraph 148, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

149.    In answer to paragraph 149, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

## VIII.   FOURTH CAUSE OF ACTION: VIOLATION OF 42 USC § 1983, FOURTEENTH AMENDMENT (EQUAL PROTECTION CLAUSE)

150.    In answer to paragraph 150, defendant King County realleges its previous responses to plaintiffs' complaint as if fully set forth herein.

151.    In answer to paragraph 151, defendant King County admits only that the Fourteenth Amendment speaks for itself. Defendant King County expressly denies the allegations therein to the extent that they allege any negligence by King County and its employees.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

152.    In answer to paragraph 152, defendant King County makes no response as it appears to contain only legal conclusions for which no response is required. However, to the extent factual allegations are intended or legal conclusions contrary to applicable law are alleged, they are hereby denied. Defendant King County expressly denies the allegations therein to the extent that they allege any negligence by King County and its employees.

153.    In answer to paragraph 153, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

154.    In answer to paragraph 154, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

155.    In answer to paragraph 155, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

156.    In answer to paragraph 156, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

157.    In answer to paragraph 157, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

158.    In answer to paragraph 158, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

159.    In answer to paragraph 159, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

160.    In answer to paragraph 160, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

161.    In answer to paragraph 161, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

162.    In answer to paragraph 162, defendant King County denies the allegations contained therein to the extent they pertain to defendant King County.

## IX.    FIFTH CAUSE OF ACTION
## CIVIL EXTORTION

163.    In answer to paragraph 163, defendant King County realleges its previous responses to plaintiffs' complaint as if fully set forth herein.

164.    In answer to paragraph 164, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

165.    In answer to paragraph 165, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

166.    In answer to paragraph 166, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

167.    In answer to paragraph 167, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

168.    In answer to paragraph 168, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

169.    In answer to paragraph 169, defendant King County makes no response as the allegations contained therein do not pertain to this defendant.

## X.    PRAYER FOR RELIEF

Defendant King County denies that plaintiffs are entitled to any of the relief sought in Section X. Prayer for Relief including paragraphs 1 – 11 on pages 37 and 38 of plaintiffs' complaint.

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS'
COMPLAINT (2:24-cv-00552-TLF)- 25

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

1    Defendant King County denies any remaining allegations contained plaintiffs' complaint

2 not expressly admitted herein.

3

4    BY WAY OF FURTHER ANSWER and AFFIRMATIVE DEFENSES, and without admitting

5 anything previously denied, defendant King County states as follows:

6    1.  Plaintiffs have failed to state a claim upon which relief may be granted.

7    2.  If the plaintiffs suffered any damages, recovery therefore may be barred by the plaintiffs'

8 failure to mitigate damages.

9    3.  Plaintiffs' injuries and damages, if any, were proximately caused by the negligence

10 and/or fault of plaintiffs.

11    4.  King County is not liable for pre-judgement interest because the State of Washington, of

12 which King County is a political subdivision, has not consented to pre-judgment interest. RCW

13 4.56.115.

14    5.  Plaintiffs' injuries and damages, if any, may have pre-existed this incident.

15    6.  Plaintiffs' claims are barred by federal and/or state law qualified immunity.

16    7.  All actions of defendant King County herein alleged manifest a reasonable exercise of

17 judgment and discretion by authorized public officers made in the exercise of governmental

18 authority entrusted to them by law and are neither tortious nor actionable.

19    8.  Plaintiff may have failed to properly serve one or more defendants with a summons and

20 complaint in this action.

21    9.  Plaintiffs may have failed to exhaust available administrative remedies.

22

23

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS'
COMPLAINT (2:24-cv-00552-TLF)- 26

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

1      10. The damages and injuries allegedly sustained, if any, were proximately caused by the

2   actions or omissions of one or more other third parties over whom defendant King County had

3   no control.

4      11. Plaintiffs have failed to adequately identify or allege any specific custom or policy of the

5   King County defendants that caused or contributed to his alleged constitutional deprivation.

6      12. Plaintiffs' Complaint should be dismissed because it violates FRCP 8(2).

7      13. Plaintiffs failed to comply with the requirements of RCW 84.69 before bringing this

8   action.

9      14. Plaintiffs failed to exhaust their judicial processes and remedies.

10     15. Some of Plaintiffs' claims are barred by the statute of limitations.

11     16. Plaintiffs failed to file a claim for damages as required by RCW 4.96.020.

12     17. Plaintiffs' claim for injunctive relief fails on its merits and because they have or had

13   adequate remedies at law.

14     18. Plaintiffs' claims are barred by collateral estoppel.

15     19. Plaintiffs' claims are barred by judicial estoppel.

16     20. Plaintiffs have failed to name an indispensable party.

17     21. Plaintiffs lack standing to seek damages under RCW 84.09.040.

18     22. Defendant King County joins in and asserts the affirmative defenses alleged by

19   Defendant Ryan Jimenez.

20     Defendant King County reserves the right to amend this Answer, including these affirmative

21   defenses, if and when additional facts are discovered which support such amendments.

22   //

23   //

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS'
COMPLAINT (2:24-cv-00552-TLF)- 27

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington  98104
(206) 477-1120  Fax (206) 296-0191

1   WHEREFORE, defendant King County prays as follows:

2   That plaintiffs take nothing by their complaint, that the complaint be dismissed with

3   prejudice, that defendant King County be awarded its costs and reasonable attorneys' fees

4   incurred herein and for such other and further relief as the Court deems just and equitable.

5   **VII.   JURY DEMAND**

6   Defendant King County requests that this matter be tried by a jury.

7

8   DATED this 29th day of April, 2024.

9                           LEESA MANION (she/her)
                            King County Prosecuting Attorney
10
                            By: /s/ John R. Zeldenrust
11                          JOHN R. ZELDENRUST, WSBA #19797
                            Senior Deputy Prosecuting Attorney
12                          E-Mail: john.zeldenrust@kingcounty.gov

13                          By:/s/ Casey Dowdy
                            CASEY DOWDY, WSBA #52748
14                          Deputy Prosecuting Attorney
                            E-Mail: cdowdy@kingcounty.gov
15
                            701 5th Avenue, Suite 600
16                          Seattle, WA. 98104
                            Telephone: (206) 477-1120 | Fax: (206) 296-0191
17                          *Attorneys for Defendant King County*

18

19

20

21

22

23

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS'
COMPLAINT (2:24-cv-00552-TLF)- 28

1

## CERTIFICATE OF FILING AND SERVICE

2      I hereby certify that on April 29, 2024, I electronically filed Defendant King County's

3  Answer to Plaintiffs' Complaint with the Clerk of the Court using the using the CM/ECF E-filing

4  system, which will send notification of such filing to the following:

5  *Attorney for Defendant Odin Property Tax*              *Attorney for Defendant Ryan Jimenez*
   *Advocates LLC*

6                                                          **Kristofer J. Bundy, WSBA #19840**
           **Matthew Cunanan, WSBA #42530**                        Bundy Law Group
7                   DC Law Group                                    PO Box 2543
             126 SW 148th St, Ste C100-201                   Bellingham, WA 98227
8                 Burien, WA 98166                              (206) 372-3627
                   (206) 494-0400                          kris@bundylawgroup.com
9             matthew@dclglawyers.com

10     I also caused a copy of the same to be served electronically via email to the following:

11                                          *Attorney for Plaintiffs*

12                                    **Ryan M. Yoke, WSBA #46500**
                                   Vander Wel, Jacobson, & Yoke, PLLC
13                                    1540 140th Ave NE, Suite 200
                                          Bellevue, WA 98005
14                                          (425) 462-7070
                                            ryan@vjbk.com

15

16     I declare under penalty of perjury under the laws of the United States that the foregoing is

17  true and correct.

18     SIGNED and DATED this 29th day of April, 2024, at Issaquah, WA.

19
                                          *s/Karen Richardson*
20                                        KAREN RICHARDSON
                                          Civil Litigation – Paralegal II
21                                        King County Prosecuting Attorney's Office

22

23

DEFENDANT KING COUNTY'S ANSWER TO PLAINTIFFS'
COMPLAINT (2:24-cv-00552-TLF)- 29

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191