THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3RD AVE SW LLC, *et al.*, | CASE NO. C24-0552-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RYAN JIMENEZ, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court may dismiss a matter if the plaintiff fails to prosecute. *See* Fed. R. Civ. P. 41(b). And here, Plaintiff has taken no action to prosecute this litigation since Defendant King County removed the case. (*See* Dkt. No. 1.) The Court has separately attempted to contact Plaintiff's counsel, Ryan Yoke, (*see* Dkt. No. 1-1) (complaint filed in King County Superior Court), through the address provided by the Washington State Bar Association for Mr. Yoke (ryan@vjbk.com) without success.

Accordingly, Defendant King County is ORDERED, within ten (10) days, to notify the Court what communications it has had with Mr. Yoke or other counsel serving on Plaintiff's behalf. To note, absent an appearance by Plaintiff or counsel for Plaintiff in the next 30 days, the Court will dismiss this action without prejudice for failure to prosecute.

MINUTE ORDER, C42-0552-JCC
PAGE - 1

DATED this 20th day of August 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk