**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| 3RD AVE SW LLC and JHA FAMILY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN JIMENEZ, ODIN PROPERTY TAX ADVOCATES LLC, a Colorado limited liability company, and KING COUNTY, a political subdivision,<br><br>Defendants. | No. 2:24-cv-00552-TLF<br><br>**NOTICE OF APPEARANCE** |

TO:         THE CLERK OF THE COURT

AND TO:   ALL PARTIES AND ALL COUNSEL

PLEASE TAKE NOTICE that Plaintiff hereby enters its appearance in the above-entitled action by and through its attorneys, Ryan Yoke of Vander Wel, Jacobson & Yoke PLLC, and requests that notice of all further proceedings, except original process, in said action be electronically served pursuant to an electronic service agreement or be served upon the undersigned attorney at the address below stated:

>   RYAN M. YOKE
>   Vander Wel, Jacobson, & Yoke PLLC
>   1540 140th Ave NE, Suite 200
>   Bellevue, WA 980005
>   ryan@vjbk.com

NOTICE OF APPEARANCE - 1

Case No. 2:24-cv-00552-TLF

VANDER WEL, JACOBSON & YOKE, PLLC
1540 140th Avenue NE, Suite 200
Bellevue, WA 98005   (425) 462-7070   (425) 646-3467 FAX

1     DATED this 19th day of September, 2024.

                                                        VANDER WEL, JACOBSON, & YOKE, PLLC

                                                        By: */s/ Ryan Yoke*
                                                        Ryan Yoke, WSBA #46500
                                                        *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Kristofer J. Bundy, WSBA #19840<br>Bundy Law Group<br>PO Box 2543<br>Bellingham, WA 98227<br>kris@bundylawgroup.com<br>*Attorneys for Defendants Ryan Jimenez* | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-Filing |
| Matthew Cunanan, WSBA #42530<br>DC Law Group<br>12055 15th Ave NE<br>Seattle, WA 98125<br>matthew@dclglawyers.com<br>*Attorneys for Defendant Odin Property Tax Advocates* | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-Filing |
| John R. Zeldenrust, WSBA #19797<br>Casey Dowdy, WSBA #52748<br>Leesa Manion (she/her), Prosecuting Attorney<br>CIVIL DIVISION, Litigation Section<br>701 5th Avenue, Suite 600<br>Seattle, WA 98104<br>*Attorneys for Defendant King County* | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-Filing |

DATED this 19th day of September, 2024 in Seattle, Washington.

*/s/ Ryan Yoke*
Ryan Yoke