The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| 3ʳᴰ AVE SW LLC and JHA FAMILY LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN JIMENEZ, ODIN PROPERTY TAX ADVOCATES LLC, a Colorado limited liability company, and KING COUNTY, a political subdivision,<br><br>Defendants. | NO. 2:24-cv-00552-TLF<br><br>**STIPULATION AND PROPOSED ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ODIN PROPERTY TAX ADVOCATES, LLC**<br><br>**Noted for: September 26, 2024** |

## STIPULATION

The parties to the above-captioned action hereby stipulate to the (a) withdrawal of C. Matthew Cunanan of the law firm DC Law Group as attorneys for Defendant Odin Property Tax Advocates LLC; and (b) substitution of the following attorneys as counsel of record for Defendant Odin Property Tax Advocates LLC:

SHANE P. BRADY, WSBA #34003
Simmons Sweeney Freimund Smith Tardif, PLLC
1223 Commercial Street
Bellingham, WA 98225

STIPULATION AND PROPOSED ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ODIN PROPERTY TAX ADVOCATES, LLC - 1

2:24-cv-00552-TLF

SIMMONS SWEENEY FREIMUND SMITH TARDIF ₚLLC

OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013

EMAIL: mail@ssslawgroup.com

Phone: 360-752-2000
Fax: 360-656-5013
Shane@ssslawgroup.com

Ryan M. Yoke of Vander Wel, Jacobson, & Yoke, PLLC will continue to serve as counsel for Plaintiffs, Kristofer J. Bundy of Bundy Law Group will continue to serve as counsel for Defendant Ryan Jimenez, John Robert Zeldenrust and Casey L. Dowdy from King County Prosecuting Attorney's Office will continue to serve as counsel for Defendant King County.

This Stipulation is submitted with the knowledge and consent of Defendant Odin Property Tax Advocates LLC. As shown by the attached Certificate of Service, notice of this Stipulation has been served on all parties, including on Defendant Odin Property Tax Advocates LLC directly, in accordance with Local Rule 83.2(b).

A proposed Order follows the parties' signatures.

DATED this 26th day of September, 2024.

| DC LAW GROUP | SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC |
|---|---|
| Agreed via electronic mail on 09/25/2024 | *[signature]* |
| _____ | _____ |
| MATTHEW CUNANAN, WSBA #42530 | SHANE P. BRADY, WSBA #34003 |
| <u>WITHDRAWING</u> Attorney | <u>SUBSTITUTING</u> Attorney |
| 126 SW 148th St, Ste C100-201 | 1223 Commercial Street |
| Burien, WA 98166 | Bellingham, WA 98225 |
| (206) 494-0400 | (360) 752-2000 |
| matthew@dclglawyers.com | shane@ssslawgroup.com |

STIPULATION AND PROPOSED ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ODIN PROPERTY TAX ADVOCATES, LLC - 2

2:24-cv-00552-TLF

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013

EMAIL: mail@ssslawgroup.com

| | |
|---|---|
| VANDER WEL, JACOBSON & YOKE, PLLC | BUNDY LAW GROUP PLLC |
| Agreed via electronic mail on 09/26/2024 | Agreed via electronic mail on 09/26/2024 |
| RYAN M. YOKE, WSBA #46500<br>Attorney for Plaintiffs<br>1540 140th Ave NE Ste 200<br>Bellevue, WA 98005<br>(425) 462-7070<br>ryan@vjbk.com | KRISTOFER J. BUNDY, WSBA #19840<br>Attorney Defendant Ryan Jimenez<br>PO Box 2543<br>Bellingham, WA 98227<br>(206) 372-3627<br>kris@bundylawgroup.com |

KING COUNTY PROSECUTING ATTORNEY'S OFFICE

Agreed via electronic mail on 09/26/2024

JOHN R. ZELDENRUST, WSBA #19797
CASEY L. DOWDY, WSBA #52748
Attorney for Defendant King County
701 Fifth Ave., Ste. 600
Seattle, WA 98104
(206) 263-4008
john.zeldenrust@kingcounty.gov
cdowdy@kingcounty.gov

---

STIPULATION AND PROPOSED ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ODIN PROPERTY TAX ADVOCATES, LLC - 3

2:24-cv-00552-TLF

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE                                  BELLINGHAM OFFICE
711 CAPITOL WAY S, STE 602              1223 COMMERCIAL ST
OLYMPIA, WA 98501                            BELLINGHAM, WA 98225
TEL: (360) 534-9960                              TEL: (360) 752-2000
FAX: (360) 534-9959                              FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

## **[PROPOSED] ORDER**

Based on the foregoing stipulated motion, The Court hereby ORDERS that the above stipulated motion of substitution and withdrawal of counsel is GRANTED and that Matthew Cunanan of the law firm DC Law Group may withdraw as attorney for Defendant Odin Property Tax Advocates LLC, and that Shane P. Brady of Simmons Sweeney Freimund Smith Tardif PLLC may substitute as counsel of record for Defendant Odin Property Tax Advocates LLC.

DATED this _____ day of _____, 2024.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ODIN PROPERTY TAX ADVOCATES, LLC - 4

2:24-cv-00552-TLF

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013

EMAIL: mail@ssslawgroup.com

# PROOF OF SERVICE

I certify that I filed the foregoing with the Court and caused to be delivered to the below parties or their counsel of record a copy of this document addressed as follows:

**Counsel for Plaintiffs:**
Ryan M. Yoke
Vander Wel, Jacobson, & Yoke, PLLC
1540 140th Ave NE, Suite 200
Bellevue, WA 98005
(425) 462-7070
ryan@vjbk.com

☒ Via ECF
☒ Via Email
☐ Via U.S. Mail

**Counsel for Defendant Ryan Jimenez:**
Kristofer J. Bundy
Bundy Law Group
PO Box 2543
Bellingham, WA 98227
(206) 372-3627
kris@bundylawgroup.com

☒ Via ECF
☒ Via Email
☐ Via U.S. Mail

**Counsel for Defendant Odin Property Tax Advocates, LLC**
Matthew Cunanan
DC Law Group
126 SW 148th St, Ste C100-201
Burien, WA 98166
(206) 494-0400
matthew@dclglawyers.com

☒ Via ECF
☒ Via Email
☐ Via U.S. Mail

**Counsel for Defendant King County**
John R. Zeldenrust
Casey L. Dowdy
701 Fifth Ave., Ste. 600
Seattle, WA 98104
(206) 263-4008
john.zeldenrust@kingcounty.gov
cdowdy@kingcounty.gov
hfung@kingcounty.gov
karen.richardson@kingcounty.gov

☒ Via ECF
☒ Via Email
☐ Via U.S. Mail

STIPULATION AND PROPOSED ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ODIN PROPERTY TAX ADVOCATES, LLC - 5

2:24-cv-00552-TLF

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013

EMAIL: mail@ssslawgroup.com

| | |
|---|---|
| Mr. Ryan Jimeniz<br>Odin Property Tax Advocates LLC<br>400 South Jackson Street, Unit 615<br>Seattle, WA  98104<br>ryanljimenez@aol.com | ☐ Via ECF<br><br>☒ Via Email<br><br>☐ Via U.S. Mail |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 26th day of September 2024, at Bellevue, WA.

_____
Sunaina Aswath, Paralegal

STIPULATION AND PROPOSED ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ODIN PROPERTY TAX ADVOCATES, LLC - 6

2:24-cv-00552-TLF

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE                                 BELLINGHAM OFFICE
711 CAPITOL WAY S, STE 602        1223 COMMERCIAL ST
OLYMPIA, WA 98501                    BELLINGHAM, WA 98225
TEL: (360) 534-9960                         TEL: (360) 752-2000
FAX: (360) 534-9959                         FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com