The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3RD AVE SW LLC and JHA FAMILY LLC,<br><br>       Plaintiffs,<br><br>vs.<br><br>RYAN JIMENEZ, ODIN PROPERTY TAX ADVOCATES LLC, a Colorado limited liability company, and KING COUNTY, a political subdivision,<br><br>       Defendants. | No. 2:24-cv-00552-JCC<br><br>**JOINT STATUS REPORT** |

As directed by the Court's September 20, 2024, Minute Order Setting Initial Case Management Dates (Dkt. 14), the parties met and conferred telephonically on October 11, 2024, and hereby submit this Joint Status Report.

1.  <u>Discovery Plan pursuant to Fed. R. Civ. P. 26(f)(3)</u>.

  A. Initial Disclosures: While the parties agreed that initial disclosures would be exchanged by November 8, 2024, pursuant to the Court's September 20, 2024, Minute Order Setting Initial Case Management Dates (Dkt. 14), the Plaintiff now requests that his deadline be extended to November 22, 2024 because Plaintiff's counsel is in trial until end of November. The Defendants all exchanged their initial

**JOINT STATUS REPORT** (2:24-cv-00552-JCC)- 1

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191

disclosures by November 8, 2024.

B. Subject, timing and potential phasing of discovery: Discovery will be needed regarding liability and damages issues. The parties agree there is no need for phasing of discovery. The parties propose a discovery deadline, including depositions, of <u>December 31, 2025.</u>

C. Electronically stored information: The parties foresee a need to exchange ESI because the defendants likely have discovery stored in electronic format.

D. Privilege issues: The parties will comply with applicable law regarding claims of privilege or confidentiality. At this time, the parties do not anticipate any unusual privilege issues.

E. Proposed limitation on discovery: The parties do not have any suggested limitations at this time.

F. The need for any discovery related orders: Not at this time.

2. <u>Estimated days needed for trial:</u>  7 court days.

3. <u>Date by which case will be ready for trial:</u>  March 1, 2026, or any day thereafter.

4. <u>Whether the parties intend to mediate per LCR 39.1:</u>  Mediation will be completed by September 30, 2025.

DATED this 15th day of November, 2024.

    LEESA MANION (she/her)
    King County Prosecuting Attorney

    By: <u>/s/ *John R. Zeldenrust*</u>
    JOHN R. ZELDENRUST, WSBA #19797
    Senior Deputy Prosecuting Attorney
    E-Mail: john.zeldenrust@kingcounty.gov

**JOINT STATUS REPORT** (2:24-cv-00552-JCC)- 2

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191

By:*/s/ Casey Dowdy*
CASEY DOWDY, WSBA #52748
Deputy Prosecuting Attorney
E-Mail: cdowdy@kingcounty.gov
701 5th Avenue, Suite 600
Seattle, WA. 98104
Telephone: (206) 477-1120 | Fax: (206) 296-0191
*Attorneys for Defendant King County*


BUNDY LAW GROUP, PLLC

*s/Kristofer J. Bundy*
Kristofer J. Bundy, WSBA #19840
PO Box 2543
Bellingham, WA 98227
Telephone: (206) 372-3627
Email: kris@bundylawgroup.com
Special Deputy Prosecuting Attorney
*Attorney for Defendant Ryan Jimenez*


SIMMONS SWEENEY FREIMUND SMITH TARDIF, PLLC

*s/Shane P. Brady*
Shane P. Brady, WSBA #34003
1223 Commercial Street
Bellingham, WA 98225
Telephone: (360) 752-2000
Email: shane@ssslawgroup.com
*Attorney for Defendant Odin Property Tax Advocates, LLC*


VANDER WEL, JACOBSON, & YOKE, PLLC

*s/Ryan M. Yoke*
Ryan M. Yoke, WSBA #46500
1540 140th Avenue NE, Suite 200
Bellevue, WA 98005
Telephone: (425) 462-7070
Email: ryan@vjbk.com
*Attorney for Plaintiffs*

**JOINT STATUS REPORT** (2:24-cv-00552-JCC)- 3

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 15, 2024, I electronically filed the foregoing *Joint Status Report* with the Clerk of the Court using the using the CM/ECF E-filing system, which will send notification of such filing to the following:

| *Attorney for Plaintiffs* | *Attorney for Defendant Ryan Jimenez* |
|---|---|
| **Ryan M. Yoke, WSBA #46500** | **Kristofer J. Bundy, WSBA #19840** |
| Vander Wel, Jacobson, & Yoke, PLLC | Bundy Law Group |
| 1540 140th Ave NE, Suite 200 | PO Box 2543 |
| Bellevue, WA 98005 | Bellingham, WA 98227 |
| (425) 462-7070 | (206) 372-3627 |
| ryan@vjbk.com | kris@bundylawgroup.com |

*Attorney for Defendant Odin Property Tax Advocates LLC*

**Shane P. Brady, WSBA #34003**
Simmons Sweeney Freimund Smith Tardif, PLLC
1223 Commercial Street
Bellingham, WA 98225
(360) 752-2000
shane@ssslawgroup.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 15th day of November, 2024.

*s/Karen Richardson*
Karen Richardson
Civil Litigation – Paralegal II
King County Prosecuting Attorney's Office

**JOINT STATUS REPORT** (2:24-cv-00552-JCC)- 4

**Leesa Manion** (she/her), Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191