The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 3rd AVE SW LLC and JHA FAMILY LLC,<br><br>                 Plaintiffs,<br><br>    v.<br><br>RYAN JIMENEZ, ODIN PROPERTY TAX ADVOCATES LLC, a Colorado limited liability company, and KING COUNTY, a political subdivision,<br><br>                 Defendants. | No. 24-cv-00552-JCC<br><br>DECLARATION OF DEFENDANT RYAN JIMENEZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

I, Ryan Jimenez, declare under penalty of perjury under the laws of the State of Washington that, to the best of my knowledge, the foregoing is true and correct:

1. I am over the age of 18 years, and I am competent to testify as to the matters stated herein.

2. I am employed as a Commercial Appraiser II in the King County Assessor's Office. I have been in this position since 2021. I have been working for the King County Assessor's Office since 2016, beginning as a Residential Appraiser I.

3. Plaintiff's Complaint in this case arises out of my valuation of three of his properties for property tax purposes. In this declaration, I will use the last four numbers of each

JIMENEZ DECLARATION - 1
No. 24-cv-00552-JCC

Bundy Law Group, PLLC
P.O. Box 2543
Bellingham, WA 98227
(206) 372-3627

of these properties' parcel numbers when discussing them. The first property Plaintiff complains about is 9058. Plaintiff's Complaint claims (among other things) that the parcel is "unbuildable because it does not have access to sewer . . . ." I had multiple communications with Plaintiff's representative Siddharth Jha about that issue. While it is accurate that the parcel does not have a sewer line in place nearby, it is not accurate that one could not potentially be hooked up. In my discussions with Mr. Jha, he claimed that the cost of hooking up to a sewer line would be too expensive to make development feasible. I followed our office's normal practice and asked him to provide documentation from a third-party expert to estimate the cost of hooking up to a sewer line. I made two additional requests in email in late 2022. Mr. Jha never produced any such documentation. Nevertheless, after further research on my own, I lowered the valuation of the parcel to reflect my best ~~guess~~ adjustment on the cost of hooking up to an available sewer line.

4. The other parcels that plaintiff complains about are 9089 and 9036 ("the Burien properties"). Plaintiff claims that "[t]he Burien properties don't have access and are essentially landlocked" and that they cannot be developed for any use. These claims are not accurate. First, it is my understanding that no properties in Washington state are permitted to be "landlocked"; some form of access must always be permitted and, in fact, there is a road to the property. While the road was narrower that it may have needed to have been under the zoning designation, CC2, I understood that the City of Burien (the government that would be responsible for permitting any development) would probably have some leeway in what could be done with the two parcels and that acquiring an easement for access is issues between property owners. In the end, I reduced the valuations of these two parcels to take into account the lack of main street frontage in addition to wetlands on the parcels.

JIMENEZ DECLARATION - 2
No. 24-cv-00552-JCC

Bundy Law Group, PLLC
P.O. Box 2543
Bellingham, WA 98227
(206) 372-3627

5.      Plaintiff's Complaint claims that I was not legally authorized to do appraisals in Washington. That is false. I have been accredited by the Washington State Department of Revenue since 2017 to perform duties by the assessor. This is the only requirement by Washington State to complete assessment appraisals. An appraisal license is not a requirement and is typically acquired as supplemental certifications for the work completed by the assessor's office. My accreditation has been consistently valid during my employment with no lapses.

6.      Regarding my side business, Odin LLC, plaintiff's Complaint makes numerous false claims. First, he claims that it violated the law because I did not receive approval from the County to do outside work. Exhibit A to this declaration are true and correct copies of emails that show that claim to be false – I did request and receive such approval, in writing.

7.      Second, Plaintiff's case is premised on the allegations that I illegally tried to force him to pay Odin as a "shakedown" and other such slanderous language. And that when he refused to hire Odin, I punished him by increasing his properties' valuations. These allegations are all false. I never said any such thing. These parcels' valuations were the result of my expertise, experience and exercising my best judgment as an appraiser.

8.      Third, I incorporated Odin LLC as a tax consulting company in 2020 in Colorado because I got my clients from there. I have done about 10 projects with Odin, all of these with Colorado clients. Since I was working in Washington on Colorado business, it was my understanding that I was required to also incorporate in Washington for tax purposes. However, I never did any projects with Odin in Washington and I never intended to do any such work in Washington.

JIMENEZ DECLARATION - 3
No. 24-cv-00552-JCC

Bundy Law Group, PLLC
P.O. Box 2543
Bellingham, WA 98227
(206) 372-3627

9. Odin LLC is no longer an active corporation; it went defunct in Colorado and in Washington in January of 2022. A true and correct copy of the paperwork showing this from the two states is attached as Exhibit B.

DATED this 20th day of May, 2025 in Seabeck, Washington.

*Ryan Jimenez*
Ryan Jimenez

JIMENEZ DECLARATION - 4
No. 24-cv-00552-JCC

Bundy Law Group, PLLC
P.O. Box 2543
Bellingham, WA 98227
(206) 372-3627

# EXHIBIT A



**King County**

**Department of Assessments**
King County Administration Bldg.
500 Fourth Avenue, ADM-AS-0708
Seattle, WA  98104-2384

(206) 263-2300     FAX (206) 296-0595
Email: assessor.info@kingcounty.gov
http://www.kingcounty.gov/assessor/

**John Wilson**
*Assessor*

Date:

TO:     John Wilson, Assessor

VIA:    Richard Watson, Director, Administrative Services Division

FM:                          [Title]

Subject:   King County Code of Ethics Reminder, Notification of Outside Employment, and Deputy Assessor Employment

In accordance with the King County Code and Employee Code of Ethics, and RCW 36.21.011 I hereby submit the following annual notification:  [Please check below]

☐ I currently hold new external/outside employment from the Department of Assessments and do hereby submit the following for review:  (Use another page if necessary)

External Employer/Business Name:

Basic description of external/outside job duties and/or functions:

Location of Work (Enter County and City):

Start Date:
 External/outside employment duration and weekly work schedule:

Other information that would enable the Assessor to make a determination as to whether an actual or potential conflict of interest exists in accordance with the King County Code and Employee Code of Ethics:

Employee Signature:                                              Date:

 Assessor Review: _____   Date: _____

For Administrative Services Division Use:

Response to Employee:  ☐ Y   ☐ N   [Enter Y/N]    Date: _____

## Duty to notify additional information

### Basic description of external/outside job duties and/or functions:

To work/own a business that represents Taxpayers in the state and only the state of Colorado in appeal hearings for their property valuations. No appraisal work would be done rather just advocacy/representation on behalf of the taxpayer. Accounting, marketing, report writing, and phone in hearings (on days off).

### Location of Work:

Work will be contained to only properties in the state of Colorado. Counties include Denver, Teller, El Paso, and Boulder County. Work will be done remotely in home office.

### External/outside employment duration and weekly work schedule:

Permanent; Work being done during days off from County employment and nights.

# EXHIBIT B

# BUSINESS INFORMATION

Business Name:
**ODIN PROPERTY TAX ADVOCATES LLC**

UBI Number:
**604 573 142**

Business Type:
**FOREIGN LIMITED LIABILITY COMPANY**

Business Status:
**TERMINATED**

Principal Office Street Address:
**31900 104TH AVE SE APT B201, AUBURN, WA, 98092-2910, UNITED STATES**

Principal Office Mailing Address:
**31900 104TH AVE SE APT B201, AUBURN, WA, 98092-2910, UNITED STATES**

Expiration Date:
**01/31/2022**

Jurisdiction:
**UNITED STATES, COLORADO**

Formation/ Registration Date:
**01/24/2020**

Period of Duration:
**PERPETUAL**

Inactive Date:
**05/03/2022**

Nature of Business:
**ANY LAWFUL PURPOSE**

# REGISTERED AGENT INFORMATION

Registered Agent Name:
**ODIN PROPERTY TAX ADVOCATES**

Street Address:
**31900 104TH AVE SE APT B201, AUBURN, WA, 98092-2910, UNITED STATES**

Mailing Address:

# GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | RYAN | JIMENEZ |




Skip to content | About Secretary Griswold | Español

## Summary

**For this Record...**
Filing history and documents
File a form
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| **Name** | Odin Property Tax Advocates LLC, Delinquent June 1, 2022 | | |
| **Status** | Delinquent | **Formation date** | 01/17/2020 |
| **ID number** | 20201046233 | **Form** | Limited Liability Company |
| **Periodic report month** | January | **Jurisdiction** | Colorado |
| **Principal office street address** | 1942 Broadway St. STE 314C, Boulder, CO 80302, United States | | |
| **Principal office mailing address** | 1942 Broadway St. STE 314C, Boulder, CO 80302, United States | | |

| Registered Agent | |
|---|---|
| **Name** | Northwest Registered Agent, LLC. |
| **Street address** | 1942 Broadway St. STE 314C, Boulder, CO 80302, United States |
| **Mailing address** | 1942 Broadway St. STE 314C, Boulder, CO 80302, United States |

Filing history and documents

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

[ Back ]

Terms & conditions | Accessibility statement | Browser compatibility