# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| 3RD AVE SW LLC and JHA FAMILY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN JIMENEZ, ODIN PROPERTY TAX ADVOCATES LLC, a Colorado limited liability company, and KING COUNTY, a political subdivision,<br><br>Defendants. | No. 2:24-cv-00552-JCC<br><br>**ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE**<br><br>NOTE ON MOTION CALENDAR: MAY 30, 2025 |

## II.     ORDER

This matter came before the Court on the Plaintiffs' and Defendant's Stipulated Motion for Relief From Deadline (**Dkt 28**). The Court has reviewed the Stipulated Motion, and all other materials on file, and **GRANTS** the Stipulated Motion. It is ORDERED:

1. The Court accepts the parties' stipulation and finds that there exists good cause to extend the deadline for Plaintiffs to responds to Defendants' pending Motions for Summary Judgment to June 24.

2. Defendants Jimenez, Odin Property Tax Advocates, and King County may file their Replies by June 30.

---

ORDER GRANTING STIPULATED MOTION
FOR RELIEF FROM DEADLINE - 1

Case No. 2:24-cv-00552-JCC

VANDER WEL, JACOBSON & YOKE, PLLC
1540 140th Avenue NE, Suite 200
Bellevue, WA 98005  (425) 462-7070  (425) 646-3467

1 | 3. The motions for summary judgment (**Dkt 21, 24, 26**) shall be renoted to July
2 | 1, 2025.

ORDER GRANTING STIPULATED MOTION
FOR RELIEF FROM DEADLINE - 2

Case No. 2:24-cv-00552-JCC

VANDER WEL, JACOBSON & YOKE, PLLC
1540 140th Avenue NE, Suite 200
Bellevue, WA 98005  (425) 462-7070  (425) 646-3467

1   IT IS SO ORDERED.

2   DATED this 2nd day of June 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR RELIEF FROM DEADLINE - 3

Case No. 2:24-cv-00552-JCC

VANDER WEL, JACOBSON & YOKE, PLLC
1540 140th Avenue NE, Suite 200
Bellevue, WA 98005  (425) 462-7070  (425) 646-3467