THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  3RD AVE SW LLC, *et al.*,                          CASE NO. C24-0552-JCC

10                            Plaintiffs,              MINUTE ORDER

11        v.

12  RYAN JIMENEZ, *et al.*,

13                            Defendants.

14

15        The following Minute Order is made by direction of the Court, the Honorable John C.

16  Coughenour, United States District Judge:

17        This matter comes before the Court on Plaintiffs' motion (Dkt. No. 30) to strike or, in the

18  alternative, for an enlarged briefing schedule for Defendants' outstanding motions for summary

19  judgment (Dkt. Nos. 21, 24, 26). Frankly, the motion suggests counsel has not closely reviewed

20  the Court's local rules or, if so, has badly misinterpreted them. *See, e.g.*, LCR 7(d)(4) (indicating

21  when opposition to a motion for summary judgment is due). Nevertheless, given the nature of

22  Plaintiffs' allegations and to prevent manifest injustice, the Court provides the following *revised*

23  briefing schedule for the outstanding motions (Dkt. Nos. 21, 24, 26): Plaintiffs' responses in

24  opposition are due July 25, 2025, and Defendants' replies in support are due August 8, 2025.

25  These filings must comply with LCR 7 in all respects (other than the schedule noted above). The

26  Clerk is DIRECTED to terminate Plaintiffs' motion to strike (Dkt. No. 30) as moot.

1          DATED this 15th day of July 2025.

2

3                                          <u>Ravi Subramanian</u>
                                            Clerk of Court
4
                                            <u>s/Kadya Peter</u>
5                                          Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26